UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 2:13-cr-95-TRM-CHS-1 |
| | ) |
| ROBERT LEE SILER | ) |

## MEMORANDUM AND ORDER

Defendant Robert Lee Siler appeared for a hearing on October 29, 2025, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition and Order for Warrant for an Offender Under Supervision [Doc. 153 (the "Amended Petition")] in the above matter.

Defendant was placed under oath and informed of his constitutional rights. Attorney Clay Whittaker, appointed by the Court in the original petition in this matter [Doc. 144], will continue to represent Defendant. Defendant reported that he is satisfied with appointed counsel.

The Government and Attorney Whittaker advised Defendant about the violations set forth in the Amended Petition. As with the original petition, the Government continues to take the position that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough on October 31, 2025. To the degree that Defendant is entitled to any subsequent preliminary hearing or detention hearing on the Amended Petition, Defendant waived his right to a preliminary hearing and a detention hearing.

Accordingly, the Court **ORDERS** that:

(1) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE